PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Saqib Ali  
Cr.: 98-00494-001  
PACTS #: 19383

Name of Sentencing Judicial Officer:   THE HONORABLE GARRETT E. BROWN  
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/14/2011

Original Offense: 18 U.S.C. §1347 - Health Care Fraud

Original Sentence: 21 months imprisonment, 36 months supervised release

Special Conditions: DNA testing, Financial Disclosure, Life Skills Counseling, No New Debt/Credit, Emp. Restriction, Employment Requirements/Restrictions, Special Assessment, Restitution - Money

Type of Supervision: Supervised Release    Date Supervision Commenced: 12/06/2012

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to pay restitution |

U.S. Probation Officer Action:

The probation office recommends the case expire as scheduled since the fine order remains imposed as a final judgment. The offender has been instructed to continue payments to the Clerk's Office and the Clerk's office has been informed of expiration and instruction to continue payments.

Respectfully submitted,

By: Barbara R Kerrigan  
Supervising U.S. Probation Officer  
Date: 10/06/2015

Prob 12A – page 2
Saqib Ali

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

10/30/2015
_____
Date